UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:
_Bruno Grenier & Kristen Grenier,                    Bk. No. __12-11228-BAH
          Debtors                                Chapter ___7___

_Olga Gordon, Chapter 7 Trustee__,
          Plaintiff

v.                                                    Adv. No. __12-1061-BAH_____

_Bank of America et al.__,
          Defendants

**FINAL JUDGMENT**

A____Stipulation of Settlement_____ having been filed in the above-captioned case, it is hereby ORDERED:

1. The___Stipulation of Settlement_____ filed on ____September 4, 2013_____ is incorporated by reference, and judgment is hereby entered accordingly.

2. Each party shall bear its own fees and costs.

This is a core proceeding in accordance with 28 U.S.C. § 157(b) as to which this court has jurisdiction of the subject matter and the parties.

ENTERED at Manchester, New Hampshire.

Date:  __November 13, 2013__                    _____/s/ Bruce A. Harwood_____
                                                              Bankruptcy Judge