UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>BRUNO GRENIER and<br>KRISTEN GRENIER,<br><br>        Debtors.<br>_____<br>OLGA L. GORDON, CHAPTER 7<br>TRUSTEE FOR THE ESTATE OF<br>BRUNO GRENIER and<br>KRISTEN GRENIER,<br><br>        Plaintiff<br><br>v.<br><br>BANK OF AMERICA N.A.,<br>SUCCESSOR BY MERGER TO BAC<br>HOME LOANS SERVICING LP<br>f/k/a COUNTRYWIDE HOME LOANS<br>SERVICING LP, MORTGAGE<br>ELECTRONIC REGISTRATION<br>SYSTEMS, INC., BRUNO GRENIER,<br>and KRISTEN GRENIER,<br><br>        Defendants. | CHAPTER 7<br>CASE NO. 12-11228-JMD<br><br><br><br><br><br><br><br><br><br>ADVERSARY PROCEEDING<br>NO. 12-01061-BAH |

## **STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that this adversary proceeding and all claims asserted herein are hereby dismissed, without costs, and with prejudice.

| | |
|---|---|
| OLGA L. GORDON, CHAPTER 7 TRUSTEE, | BRUNO GRENIER and KRISTEN GRENIER, |
| By her attorneys, | By their attorney, |
| /s/ Keri L. Wintle BNH07151<br>Keri L. Wintle, Esq. (*Pro Hac Vice*)<br>Murtha Cullina LLP<br>99 High Street<br>Boston, MA 02110<br>(617) 457-4000 Telephone<br>(617) 482-3868 Facsimile<br>kwintle@murthalaw.com | /s/ Eleanor Wm. Dahar BNH#01784<br>Eleanor Wm. Dahar<br>Victor W. Dahar, P.A.<br>20 Merrimack Street<br>Manchester, NH 03101<br>(603) 622-6595 Telephone<br>(603) 647-8054 Facsimile<br>edahar@att.net |

Dated:  December 3, 2013

4930241.1                                                    2