MANDATE
Certified and Issued as Mandate Under NH Sup. Ct. R. 24

_____  12/9/13
Clerk/Deputy Clerk            Date

# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

In Case No. 2013-0282, **Olga L. Gordon, Chapter 7 Trustee for the Estate of the Debtors v. Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing LP & a.**, the court on November 22, 2013, issued the following order:

In response to this court's October 28, 2013 order, the United States District Court for the District of New Hampshire provided written notification that the certified questions of law are moot and are withdrawn. Accordingly, the certified questions of law are deemed withdrawn as moot.

Remanded.

This order is entered by a single justice (Lynn, J.). See Rule 21(7).

<b>Eileen Fox,<br>Clerk</b>

Distribution:
United States District Court for the District of New Hampshire 13-cv-00043-SM
Mark DeGiacomo, Esquire
Susan J. Baranoff, Esquire
Lisa K. Snow Wade, Esquire
Eleanor W. Dahar, Esquire
Geraldine L. Karonis, Esquire
File

2013 DEC 10 A 11:28
U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED